### IN THE

## SUPREME COURT OF JUDICATURE

### OF THE

## STATE OF INDIANA,

### AT CORYDON, MAY TERM, 1821, IN THE FIFTH YEAR OF THE STATE.

## SCRIBNER *v.* BULLITT, in Error.

*Tuesday, May 8.*

HELD, that in assumpsit by the assignee against the assignor of a promissory note, a special plea denying the assignment is bad, because it amounts to the general issue.

*Held*, also, that non-assumpsit may be pleaded in such a case, either with or without an oath; but that if the plea be not sworn to, the assignment is admitted (1).

(1) Ind. Stat. 1817, p. 27;—1823, p. 292.—*Bates* v. *Hunt,* ante, p. 67.